UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-02423-AB (AJRx) | Date: | May 3, 2024 |
| Title: | Karl Gustaf Soderbergh v. Volkswagen Group of America, Inc. et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): White Jay Xie (video)

Attorney(s) Present for Defendant(s): Shaun Kim

**Proceedings:** PLAINTIFF'S MOTION TO REMAND TO LOS ANGELES COUNTY SUPERIOR COURT [12]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby DENIES the motion for the reasons stated on the record.

00 : 15

CV-90 (12/02)     **CIVIL MINUTES - GENERAL**     Initials of Deputy Clerk CB