ELEAZAR D. KIM, (SBN 297876)
eleazar@downtownlalaw.com
WHITE J. XIE, (SBN 317942)
matt@downtownlalaw.com
**DOWNTOWN L.A. LAW GROUP, LLC**
910 South Broadway
Los Angeles, CA 90015
Telephone: (213) 358-6428
Facsimile: (877) 389-2775

Attorneys for Plaintiff,
KARL GUSTAF SODERBERGH

SEAN P. CONBOY (SBN: 214487)
sean.conboy@squirepb.com
CHIAMAKA S. ENEMUOH (SBN: 326535)
chiamaka.enemuoh@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL GUSTAF SODERBERGH, an individual, <br><br> Plaintiff, <br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC.; LAD-AU, LLC dba AUDI DOWNTOWN LA; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24−cv−02423−AB−AJR <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Karl Gustaf Soderbergh, and Defendant, Volkswagen Group of America, Inc., (the "Parties"), jointly write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and future deadlines, while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: December 20, 2024     **DOWNTOWN L.A. LAW GROUP, LLC**

By  */s/ White J. Xie*
   Eleazar D. Kim
   White J. Xie
   Attorneys for Plaintiff,
   KARL GUSTAF SODERBERGH

Dated: December 20, 2024     **SQUIRE PATTON BOGGS (US) LLP**

By:  */s/ Chiamaka S. Enemuoh*
   Sean P. Conboy
   Chiamaka S. Enemuoh
   Attorneys for Defendant,
   VOLKSWAGEN GROUP OF AMERICA, INC.

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, White J. Xie, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this **JOINT NOTICE OF SETTLEMENT**.

Dated: December 20, 2024        /s/ White J. Xie
                                White J. Xie

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, a copy of the foregoing document was electronically filed using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                          */s/ White J. Xie*
                          White J. Xie